# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILLIP RISHEL, :
         Plaintiff, :
          :
    v. : Civil No. 5:25-cv-03779-JLS
          :
CITY OF ALLENTOWN, *et al.*, :
         Defendants. :

## ORDER

**AND NOW**, this 22nd day of September, 2025, upon consideration of defendants' letter of September 21, 2025, it is hereby **ORDERED** that the deadline to respond to the complaint is **EXTENDED** thirty days.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge