**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

PHILLIP RISHEL,                                          :
               Plaintiff,                   :
                               :
               v.                          :    Civil No. 5:25-cv-03779-JLS
                               :
CITY OF ALLENTOWN, *et al.*,                           :
               Defendants.                  :

---

**ORDER**

     **AND NOW**, this 23rd day of October, 2025, upon consideration of defendants' letter of October 22, 2025, it is hereby **ORDERED** that the deadline to respond to the complaint is **EXTENDED** thirty days.

                                        BY THE COURT:

                                        */s/ Jeffrey L. Schmehl*
                                        JEFFREY L. SCHMEHL
                                        United States District Court Judge