IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILLIP RISHEL,  :
        Plaintiff,  :
        :
     v.  :   Civil No. 5:25-cv-03779-JLS
        :
CITY OF ALLENTOWN, *et al.*,  :
        Defendants.  :

## ORDER

**AND NOW,** this 1st day of December, 2025, **IT IS HEREBY ORDERED** that a **TELEPHONIC PRETRIAL RULE 16 CONFERENCE** shall be held on Monday, January 5, 2026 at 2:30 PM. All parties shall dial: 1-855-244-8681; Access Code: 2305 544 8044.

    **IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R.Civ. P. 26(a) within 20 days of the date of this Order;

2. The parties shall commence discovery **immediately**;

3. After consultation with counsel for all parties, counsel shall complete and submit the required Joint Status Report pursuant to Rule 26(f) no later than seven (7) days prior to the Rule 16 Conference.

4. Counsel shall follow Judge Schmehl's Policies and Procedures which can be found at www.paed.uscourts.gov.

                      **BY THE COURT:**

                      */s/ Jeffrey L. Schmehl*
                      **JEFFREY L. SCHMEHL, J.**