**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

PHILLIP RISHEL,                                                          :
              Plaintiff,                            :
                                        :
              v.                                       :      Civil No. 5:25-cv-03779-JLS
                                          :
CITY OF ALLENTOWN, *et al.*,                            :
              Defendants.                       :

---

## ORDER

**AND NOW,** this 1ˢᵗ day of December, 2025, **IT IS HEREBY ORDERED** that the above captioned matter is **REFERRED** to United States Magistrate Judge Craig M. Straw for the purpose of scheduling and conducting a settlement conference.  Plaintiff's counsel shall contact Magistrate Judge Straw's chambers immediately to schedule a settlement conference.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**