**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PHILLIP RISHEL,<br>    Plaintiff,<br><br>    v.<br><br>CITY OF ALLENTOWN, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:  Civil No. 5:25-cv-03779-JLS<br>:<br>:<br>: |

**ORDER**

  **AND NOW,** this 6th day of January, 2026, after holding a Rule 16 conference with counsel, **IT IS HEREBY ORDERED** that a **TELEPHONIC STATUS CONFERENCE** shall be held on March 20, 2026, at 1:30 PM. All parties shall dial: 1-855-244-8681; Access Code 2318 170 6523.

  **IT IS FURTHER ORDERED** that the parties shall compete fact discovery by April 30, 2026.

                **BY THE COURT:**


                */s/ Jeffrey L. Schmehl*
                **JEFFREY L. SCHMEHL, J.**