# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILLIP RISHEL,
        Plaintiff,

v.

CITY OF ALLENTOWN, *et al.*,
        Defendants.

Civil No. 5:25-cv-03779-JLS

## ORDER

**AND NOW,** this 12th day of February, 2026, upon consideration of Plaintiff's email of February 11, 2026, **IT IS HEREBY ORDERED** that a **TELEPHONIC STATUS CONFERENCE** shall be held on February 27, 2026, at 11:30 AM. All parties shall dial: 1-855-244-8681; Access Code 2318 076 2885.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**