IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP RISHEL, <br>       Plaintiff, <br>     v. <br> CITY OF ALLENTOWN, *et al.*, <br>       Defendants. | : <br> : <br> : <br> :    Civil No. 5:25-cv-03779-JLS <br> : <br> : <br> : |

**NOTICE OF PRETRIAL CONFERENCE CANCELLATION**

**TAKE NOTICE**, that the Status Conference scheduled for Friday, February 27, 2026, at 11:30 AM (ECF No. 21) is **CANCELLED**.

 

For the Court,

*/s/ Brian R. Dixon*
Brian R. Dixon
Deputy Clerk for Judge Jeffrey L. Schmehl

Date of Notice: February 23, 2026