IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP RISHSEL, | : | |
|             Plaintiff, | : | No. 5:25-cv-03779-JLS |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, a political subdivision of the Commonwealth of Pennsylvania; | : | |
| | : | |
| DEAN FLYTE, a retired police officer of the Allentown Police Department, in his individual capacity; and | : | |
| | : | |
| CHRISTOPHER STEPHENSON, a sergeant of the Allentown Police Department, in his induvial capacity, | : | JURY TRIAL DEMANDED |
|             Defendants. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF SAID COURT:

    Kindly enter my appearance on behalf of Defendants, DEAN FLYTE, a retired police officer of the Allentown Police Department, in his individual capacity; and CHRISTOPHER STEPHENSON, a sergeant of the Allentown Police Department, in his induvial capacity, ONLY, in the above-captioned action.

                      HOFFMAN & HLAVAC

                      By: _/s/Steven E. Hoffman_
                          Steven E. Hoffman, Esquire
                          Attorney I.D. # 63911
                          1605 North Cedar Crest Blvd., Suite 509
                          Allentown, PA  18104
                          Direct# 484-408-6002
                          Ph# 484-408-6001  Fax# 484-408-6018
                          Email:  shoffman@hhe-law.com
                          *Attorneys for Defendants, Dean Flyte and Christopher Stephenson*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP RISHSEL,<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF ALLENTOWN, a political subdivision of the Commonwealth of Pennsylvania;<br><br>DEAN FLYTE, a retired police officer of the Allentown Police Department, in his individual capacity; and<br><br>CHRISTOPHER STEPHENSON, a sergeant of the Allentown Police Department, in his induvial capacity,<br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:25-cv-03779-JLS<br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I, Steven E. Hoffman, Esquire, do hereby certify that on the 13th day of March 2026, a true and correct copy of the foregoing Entry of Appearance was filed electronically with the Court and is available for viewing and downloading from the ECF system.

Served electronically upon:

- **JAMES C. GRANT**
  jim.grant@thefire.org

- **COLIN MCDONELL**
  colin.mcdonell@thefire.org, docket@thefire.org, jim.grant@thefire.org, zach.silver@thefire.org

- **ZACHARY T. SILVER**
  zach.silver@thefire.org, ztsilver@recap.email

- **BRIAN CONLEY**
  bconley@macmainlaw.com, sleinhauser@macmainlaw.com, efiling@macmainlaw.com, jlemmons@macmainlaw.com

- **DAVID J. MACMAIN**
  dmacmain@macmainlaw.com, sleinhauser@macmainlaw.com, lharris@macmainlaw.com, efiling@macmainlaw.com, jdevers@macmainlaw.com, edunn@macmainlaw.com, jlemmons@macmainlaw.com

HOFFMAN & HLAVAC

By:  */s/Steven E. Hoffman*
    Steven E. Hoffman, Esquire
    Attorney I.D. # 63911
    1605 North Cedar Crest Blvd., Suite 509
    Allentown, PA  18104
    Direct# 484-408-6002
    Ph# 484-408-6001  Fax# 484-408-6018
    Email:  shoffman@hhe-law.com
    *Attorneys for Defendants, Dean Flyte and Christopher Stephenson*