IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP RISHEL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Docket No. 5:25-cv-03779-JLS |
| | : |
| CITY OF ALLENTOWN, DEAN FLYTE, | : |
| and CHRISTOPHER STEPHENSON, | : |
| | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw the appearance of Brian C. Conley, Esquire of MacMain Leinhauser PC as counsel on behalf of Defendants Dean Flyte and Sergeant Christopher Stephenson. Attorney Conley remains as counsel for City of Allentown.

                                    **MacMain Leinhauser PC**

Date: <u>March 16, 2026</u>        By:    <u>/s/ Brian C. Conley</u>
                                                    Brian C. Conley
                                                    PA Attorney I.D. No. 311372
                                                    433 W. Market Street, Suite 200
                                                    West Chester, PA 19382
                                                    bconley@macmainlaw.com
                                                    484-318-7106
                                                    *Attorney for Defendant City of Allentown*

## **CERTIFICATE OF SERVICE**

I, Brian C. Conley, Esquire, hereby certify that on this 16th day of March 2026, the foregoing was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Eastern District of Pennsylvania. The following parties received notification of this via ECF:

Colin P. McDonell, Esquire
James C. Grant, Esquire *(pro hac vice)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
P.O. Box 40128
Philadelphia, PA 19106
*Attorneys for Plaintiff*

Zachary T. Silver, Esquire (*pro hac vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
*Attorney for Plaintiff*

Steven E. Hoffman, Esquire
HOFFMAN & HLAVAC
1605 North Cedar Crest Blvd., Suite 509
Allentown, PA 18104
*Attorney for Defendants, Dean Flyte and Christopher Stephenson*

**MacMain Leinhauser PC**

By:  */s/ Brian C. Conley*
Brian C. Conley
PA Attorney I.D. No. 311372
433 W. Market Street, Suite 200
West Chester, PA 19382
bconley@macmainlaw.com
484-318-7106
*Attorney for Defendant City of Allentown*