**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| PHILLIP RISHEL, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:25-cv-03779-JLS |
| | : | |
| CITY OF ALLENTOWN, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 20ᵗʰ day of March, 2026, after holding a telephonic status conference with counsel, **IT IS HEREBY ORDERED** that an **IN-PERSON STATUS AND DISCOVERY CONFERENCE** shall be held on May 19, 2026, at 3:00 PM, in the Reading Courthouse, which is located at 201 Penn Street, Fifth Floor, Reading, Pennsylvania 19601.

**IT IS FURTHER ORDERED** that the fact-discovery deadline is **EXTENDED** to June 19, 2026.

**BY THE COURT:**


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**