**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PHILLIP RISHEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Docket No. 5:25-cv-03779-JLS |
| | : | |
| CITY OF ALLENTOWN, DEAN FLYTE, | : | |
| and CHRISTOPHER STEPHENSON, | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Anthony J. Montalbano, Esquire of MacMain Leinhauser

PC as counsel on behalf of Defendant City of Allentown in the above-captioned matter.

**MacMAIN LEINHAUSER PC**

Date: <u>May 22, 2026</u>          By:     */s/ Anthony J. Montalbano*
Anthony J. Montalbano
PA Attorney I.D. No. 334196
433 W. Market Street, Suite 200
West Chester, PA 19382
amontalbano@macmainlaw.com
484-318-7106
*Attorney for Defendant City of Allentown*

**<u>CERTIFICATE OF SERVICE</u>**

I, Anthony J. Montalbano, Esquire, hereby certify that on this 22nd day of May 2026, the

foregoing *Entry of Appearance* was filed electronically and is available for viewing and

downloading from the Court's ECF System; a copy was served upon the following parties of

record via ECF notification:

Colin P. McDonell, Esquire
James C. Grant, Esquire *(pro hac vice)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
P.O. Box 40128
Philadelphia, PA 19106
colin.mcdonell@thefire.org
jim.grant@fire.org
*Attorneys for Plaintiff*

Zachary T. Silver, Esquire (*pro hac vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
zach.silver@thefire.org
*Attorney for Plaintiff*

Steven E. Hoffman, Esquire
Jared J. Hanna, Esquire
HOFFMAN & HLAVAC
1605 N. Cedar Crest Bl., Suite 509
Allentown, PA 18104
shoffman@@hhe-law.com
jhana@hhe-law.com
*Attorney for Defendants, Dean Flyte and Christopher Stephenson*

**MacMAIN LEINHAUSER PC**

Date: <u>May 22, 2026</u>          By:     */s/ Anthony J. Montalbano*
Anthony J. Montalbano
PA Attorney I.D. No. 334196
433 W. Market Street, Suite 200
West Chester, PA 19382
amontalbano@macmainlaw.com
484-318-7106
*Attorney for Defendant City of Allentown*