**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

PHILLIP RISHEL,                         :
              Plaintiff,        :
                         :
           v.                    :   Civil No. 5:25-cv-03779-JLS
                         :
CITY OF ALLENTOWN, *et al.*,            :
              Defendants.       :

---

**ORDER**

**AND NOW,** this 16th day of July, 2026, after holding a telephonic status conference with counsel, **IT IS HEREBY ORDERED** as follows:

1.  discovery is **STAYED** until further Order of the Court;

2.  the fact-discovery deadline is **EXTENDED** to November 30, 2026;

3.  the next **TELEPHONIC STATUS CONFERENCE** shall be held on Tuesday, November 10, 2026, at 11:00AM; and

4.  the parties shall call into the conference at 1-855-244-8681 and use access code 2309 806 5195.

**BY THE COURT:**


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**