IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILLIP RISHEL              :        CIVIL ACTION
       Plaintiff,       :
                         :
       v.            :
                         :        NO. 5:25cv3779
CITY OF ALLENTOWN, et. al.  :
       Defendants.     :

<u>CONFERENCE ORDER</u>

A settlement conference will be held on **October 29, 2026,** at **10:00 AM.** before the Honorable Craig M. Straw, United States Magistrate Judge, United States Courthouse, 601 Market Street, Philadelphia, PA, Courtroom 3G.

- Please notify the Court if settlement is not a real possibility.

- <u>The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference.</u>  Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, <u>defendant should arrange a telephone conference with chambers and counsel for plaintiff.</u>

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled settlement conference. Please contact chambers to arrange a pre-conference telephone call.

**Please complete the attached summary and email it with the case synopsis to [Mag_Judge_Straw@paed.uscourts.gov](mailto:Mag_Judge_Straw@paed.uscourts.gov) on or before October 22,  2026** After receipt and review of the above summaries, the parties are to exchange updated settlement positions and submit a joint letter setting forth updated positions **on or before October 27,  2026 t**o [**Mag_Judge_Straw@paed.uscourts.gov**](mailto:Mag_Judge_Straw@paed.uscourts.gov).

BY THE COURT:

/s/ Craig M. Straw

_____
CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE

Date:   July 16, 2026
Cc:    Counsel of record

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

## <u>SETTLEMENT CONFERENCE SUMMARY</u>

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____

**TRIAL POOL DATE:** _____    JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**
Name: _____
Address: _____
Phone: _____
Client: _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**
Name of Individual with full and complete settlement authority who will be present at the settlement conference (include company and position where applicable):
_____

**MOTIONS PENDING:**
_____
_____
_____

**OTHER RELEVANT MATTERS:**
_____
_____
_____

**PRIOR DEMANDS/OFFERS (include demand/offer dates):**
_____
_____

**ATTACH SYNOPSIS OF CASE** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES.**)