**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PHILLIP RISHEL,<br>Plaintiff,<br><br>v.<br><br>CITY OF ALLENTOWN, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:25-cv-03779-JLS |

**AMENDED NOTICE OF STATUS CONFERENCE**

**TAKE NOTICE,** that the **Telephonic Status Conference,** in the above case has been rescheduled as follows**:**

**1.** The Status Conference in the above-captioned matter in Chambers before Judge Jeffrey L. Schmehl on Tuesday, November 10, 2026, at 11:00 AM, (ECF No. 38 ¶ 3) is **amended**.

**2.** Lead counsel shall appear for a TELEPHONIC Status Conference in the above-captioned matter on **Friday, November 13, 2026 at 11:30 AM,** by calling into the United States District Court, Chambers of Judge Jeffrey L. Schmehl. The previously provided Dial-In instructions remain.[1]

For the Court,

*/s/ Brian R. Dixon*
Brian R. Dixon
Deputy Clerk for Judge Jeffrey L. Schmehl

Date of Notice: October 22, 2026

[1] Dial: 1-855-244-8681; Access Code: 2309 806 5195