IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP RISHEL<br>Plaintiff,<br><br>v.<br><br>CITY OF ALLENTOWN, et. al.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 5:25cv3779 |

CONFERENCE ORDER

A third settlement conference will be held on **November 17, 2026,** at **2:00 PM.** before the Honorable Craig M. Straw, United States Magistrate Judge, via Zoom.

- Please notify the Court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, defendant should arrange a telephone conference with chambers and counsel for plaintiff.

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled settlement conference. Please contact chambers to arrange a pre-conference telephone call.

BY THE COURT:

/s/ Craig M. Straw

CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE

Date: November 9, 2026
Cc: Counsel of record

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.