**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PHILLIP RISHEL,<br>Plaintiff,<br><br>v.<br><br>CITY OF ALLENTOWN, *et al.*,<br>Defendants. | Civil No. 5:25-cv-03779-JLS |

**ORDER**

**AND NOW,** this 23rd day of November 2026, after holding a telephonic status conference with counsel, **IT IS HEREBY ORDERED** that counsel shall submit a joint status report to chambers by **Wednesday, December 23, 2026.** Should the case not be resolved by then, the court shall set discovery deadlines thereafter.

**IT IS FURTHER ORDERED** that the previously ordered stay (Dkt. No. 38) is lifted.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
**United States District Court Judge**